UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| In The Matter Of: | In Bankruptcy: |
|---|---|
| SALWAN KOSTO | Case No. 09-66917-TJT |
| | Chapter 7 |
| | Hon. THOMAS J. TUCKER |
| Debtor(s) / | |

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

The attached check in the amount of $7.40 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Chase Bank USA, NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 9 | $4.26 |
| PRA Receivables Management<br>As Agent of Portfolio Recovery<br>PO Box 12914<br>Norfolk, VA 23541 | 24 | $3.14 |

**Total: $7.40**

Respectfully Submitted,

/s/ Gene R. Kohut
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
[P47413]

Dated: 10/26/2010